

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00088-CV

**ELG OIL, LLC AND ELG UTILITY, LLC,**
Appellants

v.

**STRANCO SERVICES, LLC,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00056-CVK-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court